CEDARBAUM v. NEW YORK RYS. CO. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Laura Cedarbaum against New York Railways Company. No opinion. Application denied, with $10 costs. Order signed.

CENTRAL BANK OF WESTCHESTER COUNTY, Respondent, v. TRI-STATE SUPPLY CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by the Central Bank of Westchester County against the Tri-State Supply Company and Albert H. Smith.

PER CURIAM. The parties hereto stipulating in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment affirmed, with costs.

CHAPMAN v. BROADWAY IMPROVEMENT CO. et al. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Hannah Chapman, as administratrix, against the Broadway Improvement Company and another. No opinion. Motion to open default denied. Motion to dismiss appeal granted, with $10 costs. Order filed.

CHESTNUT, Appellant, v. NEW YORK CONSOL. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 14, 1915.) Action by Harry Chestnut against the New York Consolidated Railroad Company.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order reversed, and new trial granted, costs to abide the event, by reason of the charge at folio 134, inasmuch as it seems to withdraw from the jury consideration of the causes of the sign falling, which were submitted to the jury in the main charge. At least the jury may have been led to such conclusion. Rehearing granted, 153 N. Y. Supp. 1110.

CHESTNUT, Appellant, v. NEW YORK CONSOL. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by Harry Chestnut against New York Consolidated Railroad Company. No opinion. Motion for reargument (of 153 N. Y. Supp. 1110) granted, and case set down for Monday, September 27, 1915.

CICIARELLI, Appellant, v. BIXBY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Martina Ciciarelli, as administratrix, etc., against James W. Bixby and others. No opinion. Motion granted, and appeal dismissed, with costs. See, also, 147 N. Y. Supp. 1103.

CITY OF NEW YORK, Appellant, v. McALLISTER STEAMBOAT CO., Respondent. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by the City of New York against the McAllister Steamboat Company. W. H. King, of New York City, for appellant. N. Zabriskie, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on authority of City of New York v. Chase, Talbot & Co., 206 N. Y. 1, 99 N. E. 143. Order filed.

CLARK, Appellant, v. SPENCER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 5, 1915.) Action by William Clark against Elmer Spencer and others.

PER CURIAM. Judgment reversed, and new trial granted, as to the defendant Harriet Fuller, with costs to appellant to abide event. Judgment affirmed as to the defendants Elmer Spencer, James Fuller, and Henry Coscum, with one bill of costs to the defendant Elmer Spencer. Held, that the evidence presented a question of fact as to the liability of the defendant Harriet Fuller.

COGLIO, Respondent, v. BRADLEY CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Nicola Coglio against the Bradley Contracting Company. F. L. C. Keating, of New York City, for appellant. J. A. Hilton, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CLARKE, J., dissents.

COHEN, Respondent, v. EAGLE PENCIL CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Max Cohen against the Eagle Pencil Company and another. No opinion. Motion granted, with $10 costs. See, also, 153 N. Y. Supp. 170.

COLVIN, Respondent, v. RAMSDELL, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by Lena Colvin against James A. P. Ramsdell and another. No opinion. Interlocutory judgment unanimously affirmed, with costs.

CONRAD, Respondent, v. LEWIS PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Reine Conrad against the Lewis Publishing Company. B. Patterson, of New York City, for appellant. E. E. Hoenig, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CONTE, Appellant, v. CONTE, Respondent. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Raffaele Conte against Rosina Conte. C. B. Mason, of New York City, for appellant. No opinion. Order affirmed. Order filed.